**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZUHAIR SAAD CHAYAN AL-SUDANI,

    Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; and DORA CASTRO, in her official capacity as Warden of Otero County Processing Center,

    Respondents.

Case No. 2:26-cv-00317-MIS-KRS

## ORDER TO SHOW CAUSE AND ORDER ENJOINING TRANSFER

**THIS MATTER** is before the Court on Petitioner Zuhair Saad Chayan Al-Sudani's Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, and Petitioner's Motion for Order to Show Cause ("Motion"), ECF No. 2. Petitioner is a lawfully present refugee from Iraq who was admitted to the United States on April 4, 2023. Pet. ¶ 1. On January 30, 2026, Respondents detained Petitioner in Texas. Id. He is currently being held in the custody of U.S. Immigration and Customs Enforcement at the Otero County Processing Center in New Mexico. Id. ¶ 7. Petitioner has no criminal history, has never been issued a removal order nor been charged with any ground for removal, and is not presently in removal proceedings. Id. Moreover, Petitioner filed an adjustment of status application around March 2025, which remains pending. Id. ¶ 61.

The record reflects that the Clerk's Office served Respondents with the Petition on February 9, 2026, pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241, Case 1:26-mc-00004, ECF No. 3 (D.N.M. Jan. 28, 2026). ECF No. 7.

**IT IS HEREBY ORDERED** that Respondents shall expedite their response to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of the date of this order. As Petitioner is a lawfully present refugee and not a noncitizen seeking admission, Respondents are reminded that they must demonstrate facts that show why Petitioner's request for relief should not be immediately granted.

**IT IS FURTHER ORDERED** that Petitioner may file a reply brief within **three (3) days** after the answer is filed.

**IT IS FURTHER ORDERED** that, to preserve the status quo in the interim, the Government is **ENJOINED** from transferring Petitioner Zuhair Saad Chayan Al-Sudani from the District of New Mexico while these proceedings are pending.

*Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE